UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JACK DURELL,

          Plaintiff,

    -against-

GC SERVICES, LP.,

          Defendant.

**COMPLAINT**

NOW COMES Plaintiff, JACK DURELL ("Plaintiff"), by and through his attorneys, and for his Complaint against Defendant, GC SERVICES, LP. ("Defendant"), alleges as follows:

Nature of the Action

1. This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

Parties

2. Plaintiff is a natural person residing in Middletown, Monmouth County, New Jersey.

3. Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

4. Defendant is a business entity with an office located at 6330 Gulfton Street, Houston, Texas 77081.

5. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8. Defendant conducts business in the State of New Jersey establishing personal jurisdiction.

9. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## Factual Allegations

10. Defendant contacts Plaintiff attempting to collect a debt.

11. The alleged debt that Defendant is attempting to collect arises from transactions Plaintiff made for personal, family and household purposes.

12. Around the beginning of November of 2012, Defendant started placing telephone calls to Plaintiff in its collection attempts, calling Plaintiff at (732) 706-01xx.

13. When Plaintiff is unable to answer Defendant's collection call, Defendant leaves Plaintiff a voicemail message.

14. On or about January 23, 2013, when Plaintiff was not able to answer Defendant's collection call, Defendant left a voice message for Plaintiff. *See* transcribed voice message, attached hereto as Exhibit A.

15. Defendant addresses its message to Plaintiff, and asks Plaintiff to call back to (866) 862-2793, which is a telephone number that belongs to Defendant. *See* Exhibit A.

16. However, Defendant never identified its business name in its message. *See* Exhibit A.

17. Defendant also failed to inform Plaintiff that it is a debt collector in its message. *See* Exhibit A.

18. Defendant does not provide Plaintiff with any additional information in its message to inform Plaintiff that the true nature and purpose of its call was about a debt. *See* Exhibit A.

19. Defendant uses deceptive and misleading methods in connection with its attempts to collect the alleged debt by not identifying itself, the purpose of its phone calls, or that it is a debt collector.

## CLAIM FOR RELIEF

20. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy Plaintiff;

   b. Defendant violated §1692d(6) of the FDCPA by not disclosing its identity to Plaintiff in its message;

   c. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt;

   d. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt; and

   e. Defendant violated §1692e(11) of the FDCPA by failing to disclose in its written communication that it is a debt collector

21. Plaintiff is entitled to her attorney's fees and costs incurred in this action.

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

(1) Statutory damages of $1000.00 pursuant to 15 U.S.C. § 1692k;

(2) Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

(3) Awarding such other and further relief as may be just, proper and equitable.

Dated:	May 7, 2013	RESPECTFULLY SUBMITTED,

/s/ Dennis R. Kurz
Dennis R. Kurz
Kurz Law Group, LLC
1936 N. Druid Hills Road, NE
Suite 100B
Atlanta, GA 30319
Tel: (404) 565-0546
Fax: (404) 636-5418
Email: dennis@kurzlawgroup.com