UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACK DURELL,<br><br>                    Plaintiff,<br><br>        -against-<br><br>GC SERVICES, LP,<br><br>                    Defendant. | STIPULATION OF DISMISSAL<br><br>Case No: 3:13-cv-03006-JAP-DEA |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND PROPOSED ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, JACK DURELL and Defendant, GC SERVICES, LP, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JACK DURELL, against Defendant, GC SERVICES, LP, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: December 4, 2013  KROHN & MOSS, LTD.

/s/ Dennis R. Kurz
Dennis R. Kurz
Kurz Law Group, LLC
1936 N. Druid Hills Road, NE
Suite 100B
Atlanta, GA 30319
Tel:  (404) 565-0546
Fax:  (404) 636-5418
Email:  dennis@kurzlawgroup.com
JACK DURELL


Dated: December 4, 2013  HINSHAW & CULBERTSON LLP

/s/ Concepcion A. Montoya
Concepcion A. Montoya, Esq.
780 Third Avenue, 4th Floor
New York, New York 10017
Phone: (212) 471-6200
cmontoya@hinshawlaw.com
Attorney for Defendant,
GC SERVICES, LP